UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSINOS TRADING, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., JOHN EDMONDS, and JOHN DOE Nos. 1-10,<br><br>Defendants. | Case No. 1:18-cv-10628-JGK<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: __1-16-19__ |

### STIPULATION AND [PROPOSED] ORDER ADJOURNING DEFENDANT JPMORGAN CHASE & CO.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Melissinos Trading, LLC and Defendant JPMorgan Chase & Co. ("JPMorgan") by and through their respective undersigned counsel, subject to this Court's approval, and to the reservation of rights contained in paragraph 2 below, agree and stipulate as follows:

### RECITALS

WHEREAS, Plaintiff commenced the above action in this District by the filing of a summons and complaint on November 14, 2018;

WHEREAS, Plaintiff served JPMorgan on November 27, 2018;

WHEREAS, Defendants' response to the complaint is due on December 18, 2018;

WHEREAS, Plaintiff has joined in a motion for consolidation of certain related actions (the "motion") pursuant to FED. R. CIV. P. 42 and requested that the Court set a schedule for the filing of a consolidated complaint and for Defendants to answer, move to dismiss, or otherwise respond to the consolidated complaint;

WHEREAS, the Court has ordered that any oppositions to the motion be filed by January 7, 2019, and any replies be filed by January 21, 2019, with a conference to be held on February 1, 2019;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. JPMorgan's time to respond to the complaint is hereby adjourned *sine die*.

2. Except as to the defense of insufficiency of service of process in this action, no defense of JPMorgan, including without limitation defenses based upon lack of personal jurisdiction, is prejudiced or waived by JPMorgan's executing, agreeing to, or filing this Stipulation.

3. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated: December 13, 2018
New York, New York

HAUSFELD LLP

Scott Martin
33 Whitehall Street, 14th Floor
New York, New York 10004
Tel.: (212) 357-1195
Fax: (212) 202-4322
Email: smartin@hausfeld.com

*Counsel for Plaintiff Melissinos Trading, LLC*

SULLIVAN & CROMWELL LLP

Amanda F. Davidoff
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006-5215
Telephone: (202) 956-7500

*Counsel for Defendant JPMorgan Chase & Co.*

SO ORDERED:

U.S.D.J.

1/16/19.

-2-

**SO ORDERED.**

DATED:

---

New York, NY

---

HON. JOHN G. KOELTL
United States District Judge